**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-04822 |
| | § | |
| LAWRENCE C AGEE | § | |
| TIJIJEANIA BECTON-AGEE | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/13/2015. The undersigned trustee was appointed on 02/13/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,817.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,817.00 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/19/2015 and the deadline for filing government claims was 08/19/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,204.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,204.25, for a total compensation of $1,204.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $6.44, for total expenses of $6.44.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2015          By:  /s/ David P. Leibowitz
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-04822-JSB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | | **Date Filed (f) or Converted (c):** | 02/13/2015 (f) |
| **For the Period Ending:** | 8/20/2015 | | **§341(a) Meeting Date:** | 03/18/2015 |
| | | | **Claims Bar Date:** | 08/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Estimated 2014 federal tax refund | $9,705.00 | $4,817.00 | | $4,817.00 | FA |
| 2  Debtor's residence, single family home Location: 2534 W. 83rd Street, Chicago IL 60652 | $98,891.00 | $0.00 | | $0.00 | FA |
| 3  Rental property: 8801 S. Elizabeth Street, Chicago, IL 60620 | $45,625.00 | $0.00 | | $0.00 | FA |
| 4  Cash on Hand | $15.00 | $0.00 | | $0.00 | FA |
| 5  Checking Account with Chase Bank | $95.00 | $0.00 | | $0.00 | FA |
| 6  Checking Account with Patrolmens FCU | $2.00 | $0.00 | | $0.00 | FA |
| 7  Misc used household goods and furnishings, including: Sofa, Loveseat, Entertainment Ctr, Center, Television, VCR, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, Bedroom Sets, Lamps, Telephone, Lawnmower, Snow Blower, Misc. Tools HAVE CLIENT GO OVER ITEMS. | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  Family Pictures, CD's, DVD's, Video Games, and Books | $200.00 | $0.00 | | $0.00 | FA |
| 9  Personal Used Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 10  Wedding Rings, Watch, Engagement Ring, Necklace, and Bracelet and Assorted costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 11  Term Life Ins. w/ Employer - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 12  Term Life Ins. w/ Employer - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 13  2010 Nissan Pathfinder | $20,000.00 | $0.00 | | $0.00 | FA |
| 14  2002 Jeep Cherokee (150k miles) | $2,100.00 | $0.00 | | $0.00 | FA |
| 15  1991 Camaro (147k Miles) | $1,500.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$180,133.00      $4,817.00      $4,817.00      $0.00

Case 15-04822 Doc 30 Filed 09/14/15 Entered 09/14/15 10:50:18 Desc Main
Document Page 4 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2
Exhibit A

| Case No.: | 15-04822-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 8/20/2015 | §341(a) Meeting Date: | 03/18/2015 |
| | | Claims Bar Date: | 08/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/13/2015 | Filed motion to turnover non-exempt portion of 2014 tax refund. |
| | Hearing date: 7/21 @9:30am. |
| 06/17/2015 | Contacted debtor's attorney regarding turnover of nonexempt portion of 2014 tax refund ($4817). |
| 04/29/2015 | Debtor received approximately $9,000.00. DA to amend and Debtors will send over any non-exempt portion. |
| 04/24/2015 | Requested copy of debtors 2014 tax return |
| 04/10/2015 | Sent request for copy of 2014 Tax Return |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/19/2016 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 08/19/2015 | DAVID LEIBOWITZ | |

**FORM 2** Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 15-04822-JSB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***9229 | | | **Checking Acct #:** | | ******2201 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 2/13/2015 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 8/20/2015 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/13/2015 | (1) | Lawrence Agee | Non exempt portion of tax refund | 1124-000 | $4,817.00 | | $4,817.00 |
| | | | **TOTALS:** | | $4,817.00 | $0.00 | $4,817.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,817.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,817.00 | $0.00 | |

| **For the period of 2/13/2015 to 8/20/2015** | | **For the entire history of the account between 08/07/2015 to 8/20/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,817.00 | Total Compensable Receipts: | $4,817.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,817.00 | Total Comp/Non Comp Receipts: | $4,817.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-04822-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9229 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,817.00 | $0.00 | $4,817.00 |

**For the period of 2/13/2015 to 8/20/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,817.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,817.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/13/2015 to 8/20/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,817.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,817.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 15-04822-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | | | | | | | | Date: 8/20/2015 |
| Claims Bar Date: | 08/19/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $6.44 | $0.00 | $0.00 | $0.00 | $6.44 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,204.25 | $0.00 | $0.00 | $0.00 | $1,204.25 |
| 1 | M.C.O.A.<br><br>c/o Women for Women Health Care<br>Municipal Collections of America, Inc.<br>3348 Ridge Rd<br>Lansing IL 60438-3112 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $185.00 | $0.00 | $0.00 | $0.00 | $185.00 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR<br>Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,289.23 | $0.00 | $0.00 | $0.00 | $1,289.23 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $898.60 | $0.00 | $0.00 | $0.00 | $898.60 |
| 4 | NAVIENT SOLUTIONS INC. ON BEHALF OF<br><br>Department of Education Services<br>P.O. Box 9635<br>Barre PA 18773-9635 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $70,029.38 | $0.00 | $0.00 | $0.00 | $70,029.38 |
| 5 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53704-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,591.35 | $0.00 | $0.00 | $0.00 | $13,591.35 |
| 6 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53704-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,178.71 | $0.00 | $0.00 | $0.00 | $1,178.71 |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No. | 15-04822-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | | | | | | | | Date: 8/20/2015 |
| Claims Bar Date: | 08/19/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53704-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $394.36 | $0.00 | $0.00 | $0.00 | $394.36 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City OK 73124-8848 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $100.94 | $0.00 | $0.00 | $0.00 | $100.94 |
| | | | | | $88,878.26 | $0.00 | $0.00 | $0.00 | $88,878.26 |

**CLAIM ANALYSIS REPORT**

Page No: 3

Exhibit C

| Case No. | 15-04822-JSB | Trustee Name: David Leibowitz |
| --- | --- | --- |
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | Date: 8/20/2015 |
| Claims Bar Date: | 08/19/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured § 726(a)(2) | $86,768.97 | $86,768.97 | $0.00 | $0.00 | $0.00 | $86,768.97 |
| Payments to Unsecured Credit Card Holders | $898.60 | $898.60 | $0.00 | $0.00 | $0.00 | $898.60 |
| Trustee Compensation | $1,204.25 | $1,204.25 | $0.00 | $0.00 | $0.00 | $1,204.25 |
| Trustee Expenses | $6.44 | $6.44 | $0.00 | $0.00 | $0.00 | $6.44 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 15-04822
Case Name: LAWRENCE C AGEE
TIJIJEANIA BECTON-AGEE
Trustee Name: David P. Leibowitz

| | |
|---|---:|
| Balance on hand: | $4,817.00 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,817.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,204.25 | $0.00 | $1,204.25 |
| David P. Leibowitz, Trustee Expenses | $6.44 | $0.00 | $6.44 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,210.69 |
| Remaining balance: | $3,606.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,606.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,606.31 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $87,667.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | M.C.O.A. | $185.00 | $0.00 | $7.62 |
| 2 | Midland Credit Management, Inc. as agent for | $1,289.23 | $0.00 | $53.03 |
| 3 | Capital One Bank (USA), N.A. | $898.60 | $0.00 | $36.96 |
| 4 | Navient Solutions Inc. on behalf of | $70,029.38 | $0.00 | $2,880.74 |
| 5 | US DEPT OF EDUCATION | $13,591.35 | $0.00 | $559.10 |
| 6 | US DEPT OF EDUCATION | $1,178.71 | $0.00 | $48.49 |
| 7 | US DEPT OF EDUCATION | $394.36 | $0.00 | $16.22 |
| 8 | American InfoSource LP as agent for | $100.94 | $0.00 | $4.15 |

Total to be paid to timely general unsecured claims:    $3,606.31
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**