**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-04822 |
| | § | |
| LAWRENCE C AGEE | § | |
| TIJIJEANIA BECTON-AGEE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 10/13/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/15/2015         By:  /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 15-04822 |
|---|---|---|
| | § | |
| LAWRENCE C AGEE | § | |
| TIJIJEANIA BECTON-AGEE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,817.00
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $4,817.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,817.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,204.25 | $0.00 | $1,204.25 |
| David P. Leibowitz, Trustee Expenses | $6.44 | $0.00 | $6.44 |

Total to be paid for chapter 7 administrative expenses: $1,210.69
Remaining balance: $3,606.31

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,606.31

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,606.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $87,667.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | M.C.O.A. | $185.00 | $0.00 | $7.62 |
| 2 | Midland Credit Management, Inc. as agent for | $1,289.23 | $0.00 | $53.03 |
| 3 | Capital One Bank (USA), N.A. | $898.60 | $0.00 | $36.96 |
| 4 | Navient Solutions Inc. on behalf of | $70,029.38 | $0.00 | $2,880.74 |
| 5 | US DEPT OF EDUCATION | $13,591.35 | $0.00 | $559.10 |
| 6 | US DEPT OF EDUCATION | $1,178.71 | $0.00 | $48.49 |
| 7 | US DEPT OF EDUCATION | $394.36 | $0.00 | $16.22 |
| 8 | American InfoSource LP as agent for | $100.94 | $0.00 | $4.15 |

|  | Total to be paid to timely general unsecured claims: | $3,606.31 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                     Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-04822-JSB
Lawrence C Agee                                                       Chapter 7
Tijijeania Becton-Agee
       Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: rgreen              Page 1 of 2          Date Rcvd: Sep 16, 2015
                               Form ID: pdf006           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2015.
db/jdb         +Lawrence C Agee,   Tijijeania Becton-Agee,   2534 W. 83rd Street,   Chicago, IL 60652-3924
22925827       +Alexis Jones M.D.,   2850 W. 95th St., Ste 203,   Evergreen Park, IL 60805-2734
22925828       +American Collectors,   541 Otis Brown Dr,   Munster, IN 46321-4158
22925830       +Ashley Marshall,   Rose Marshall,   8801 South Elizabeth,   Chicago, IL 60620-3448
22925831       +Asset Acceptance,   Attn: Bankruptcy,   55 E. Jackson 16th FL,   Chicago, IL 60604-4466
22925832       +Atg Credit,   1700 W Cortland St Ste 2,   Chicago, IL 60622-1166
22925835       +Calliope Andricacou,   11638 South Western,   Chicago, IL 60643-4730
23366670        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
22925836       +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
22925838       +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
22925841       +Chicago Lakeshore Medical Asso.,   676 N St. Clair St.,   Chicago, IL 60611-3147
22925844       +Comcast,   1255 W. North Ave.,   Chicago, IL 60642-1562
22925843        Comcast,   5607 Western Ave,   Chicago, IL 60636
22925845       +Computer Credit,   P.O.Box 4075,   Carol Stream, IL 60197-4075
22925848       +Credit Management Lp,   4200 International Pkwy,   Carrollton, TX 75007-1912
22925851       +Healthcare Clinic,   P.O. Box 1022,   Wixom, MI 48393-1022
23062939        JPMorgan Chase Bank, National Association,   c/o Manley Deas Kochalski LLC,   P.O. Box 165028,
                 Columbus, OH 43216-5028
22925852       +Kevin W. Mortell,   1821 Walden Office S,   Schaumburg, IL 60173-4295
22925853       +LITTLE COMPANY OF MARY,   2800 WEST 95TH STREET,   Evergreen Park, IL 60805-2795
23351425        M.C.O.A.,   c/o Women for Women Health Care,   Municipal Collections of America, Inc.,
                 3348 Ridge Rd,   Lansing, IL 60438-3112
23353049       +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   PO Box 2036,
                 Warren, MI 48090-2036
22925855       +Municollofam,   3348 Ridge Road,   Lansing, IL 60438-3112
23389776        Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
22925856        People's Gas,   P.O.Box 1566,   Manitowoc, WI 54221-1566
22925857       +Peoples Gas,   Attention: Bankruptcy Department,   130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
22925859       +Progressive Insurance Company,   6300 Wilson Mills Rd,   Myfield Village, OH 44143-2182
22925860       +Rush Medical Center,   1700 W. Van Buren,   Chicago, IL 60612-3228
22925862       +Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,   Dallas, TX 75247-3822
23453498       +US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
22925865       +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
22925868       ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court:  Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701)
22925869       +Women For Women Health Care,   181 W Madison St #3825,   Chicago, IL 60602-4500
22925870       +Women's Wellness Center,   326 West 64th Street,   Chicago, IL 60621-3114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22925829       +E-mail/PDF: cbp@springleaf.com Sep 17 2015 01:54:29
                 American General Financial/Springleaf Fi,   Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IN 47731-3251
23520340        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2015 02:12:27
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
22925837       +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Sep 17 2015 01:59:43        Cashnet USA,
                 200 w, Jackson Blvd 4th fl.,   Chicago, IL 60606-6949
22925839       +E-mail/Text: rdavis@cpdfcu.com Sep 17 2015 02:00:39        Chgo Pm Cu,   1407 W Washington Blvd,
                 Chicago, IL 60607-1820
22925842       +E-mail/Text: rdavis@cpdfcu.com Sep 17 2015 02:00:39        Chicago Patrolmans Fcu,
                 1359 W Washington Blvd,   Chicago, IL 60607-1905
22925847       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 17 2015 02:03:00
                 Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
22925849       +E-mail/PDF: pa_dc_ed@navient.com Sep 17 2015 01:54:54        Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
22925850       +E-mail/Text: bknotice@erccollections.com Sep 17 2015 02:01:20        Enhanced Recovery Corp,
                 Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
22925863       +E-mail/Text: bankruptcy@sw-credit.com Sep 17 2015 02:01:16        Southwest Credit,
                 4120 Internal Parkway,   Suite 100,   Carrollton, TX 75007-1958
22925864       +E-mail/Text: bankruptcy@sw-credit.com Sep 17 2015 02:01:16        Southwest Credit Syste,
                 4120 International Pkwy,   Ste 1100,   Carrollton, TX 75007-1958
22925871       +E-mail/Text: wow_bankruptcy@wideopenwest.com Sep 17 2015 02:03:09        Wow Chicago,
                 PO Box 5715,   Carol Stream, IL 60197-5715
                                                                                              TOTAL: 11

```
District/off: 0752-1           User: rgreen              Page 2 of 2              Date Rcvd: Sep 16, 2015
                               Form ID: pdf006           Total Noticed: 44


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22925833*       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1166
22925834*       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1166
22925840*       +Chgo Pm Cu,    1407 W Washington Blvd,    Chicago, IL 60607-1820
22925846*       +Computer Credit,    P.O.Box 4075,    Carol Stream, IL 60197-4075
22925854*       +LITTLE COMPANY OF MARY,    2800 WEST 95TH STREET,    Evergreen Park, IL 60805-2795
22925858*       +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                  Chicago, IL 60601-6207
22925861*       +Rush Medical Center,    1700 W. Van Buren,    Chicago, IL 60612-3228
22925866*       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
22925867*       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
                                                                                               TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
              Cari A Kauffman    on behalf of Creditor    Santander Consumer USA Inc., as assignee from Fifth
               Third Bank ckauffman@sormanfrankel.com,   dfrankel@sormanfrankel.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Jan  Franklin    on behalf of Joint Debtor Tijijeania  Becton-Agee notice@billbusters.com,
               billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
              Jan  Franklin    on behalf of Debtor Lawrence C Agee notice@billbusters.com,
               billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shara C Cornell    on behalf of Creditor    JPMorgan Chase Bank N.A. amps@manleydeas.com
                                                                                              TOTAL: 7
```