**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-04822 |
| | § | |
| LAWRENCE C AGEE | § | |
| TIJIJEANIA BECTON-AGEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $149,516.00 | Assets Exempt: | $25,800.00 |
| Total Distributions to Claimants: | $3,606.31 | Claims Discharged Without Payment: | $125,494.25 |
| Total Expenses of Administration: | $1,210.69 | | |

3) Total gross receipts of $4,817.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,817.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $290,183.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,210.69 | $1,210.69 | $1,210.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $113,828.58 | $87,667.57 | $87,667.57 | $3,606.31 |
| **Total Disbursements** | $404,011.58 | $88,878.26 | $88,878.26 | $4,817.00 |

4). This case was originally filed under chapter 7 on 02/13/2015. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2016          By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Estimated 2014 federal tax refund | 1124-000 | $4,817.00 |
| **TOTAL GROSS RECEIPTS** | | $4,817.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg | 4110-000 | $81,092.00 | $0.00 | $0.00 | $0.00 |
| | Santander Consumer Usa | 4110-000 | $24,197.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $184,894.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $290,183.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,204.25 | $1,204.25 | $1,204.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.44 | $6.44 | $6.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,210.69 | $1,210.69 | $1,210.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | M.C.O.A. | 7100-000 | $185.00 | $185.00 | $185.00 | $7.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Midland Credit Management, Inc. as agent for | 7100-000 | $2,029.59 | $1,289.23 | $1,289.23 | $53.03 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $898.00 | $898.60 | $898.60 | $36.96 |
| 4 | Navient Solutions Inc. on behalf of | 7100-000 | $68,039.00 | $70,029.38 | $70,029.38 | $2,880.74 |
| 5 | US DEPT OF EDUCATION | 7100-000 | $0.00 | $13,591.35 | $13,591.35 | $559.10 |
| 6 | US DEPT OF EDUCATION | 7100-000 | $1,144.00 | $1,178.71 | $1,178.71 | $48.49 |
| 7 | US DEPT OF EDUCATION | 7100-000 | $0.00 | $394.36 | $394.36 | $16.22 |
| 8 | American InfoSource LP as agent for | 7100-000 | $100.00 | $100.94 | $100.94 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; American InfoSource LP as agent for) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.15 |
| | American Collectors | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American General Financial/Springleaf | 7100-000 | $4,229.00 | $0.00 | $0.00 | $0.00 |
| | Atg Credit | 7100-000 | $89.00 | $0.00 | $0.00 | $0.00 |
| | Atg Credit | 7100-000 | $49.00 | $0.00 | $0.00 | $0.00 |
| | Atg Credit | 7100-000 | $33.00 | $0.00 | $0.00 | $0.00 |
| | Calliope Andricacou | 7100-000 | $301.10 | $0.00 | $0.00 | $0.00 |
| | Cashnet USA | 7100-000 | $348.00 | $0.00 | $0.00 | $0.00 |
| | Chgo Pm Cu | 7100-000 | $6,980.00 | $0.00 | $0.00 | $0.00 |
| | Chgo Pm Cu | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Patrolmans Fcu | 7100-000 | $10,542.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $1,167.33 | $0.00 | $0.00 | $0.00 |
| | Credit Management Lp | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $304.00 | $0.00 | $0.00 | $0.00 |
| | Healthcare Clinic | 7100-000 | $77.78 | $0.00 | $0.00 | $0.00 |
| | LITTLE COMPANY OF MARY | 7100-000 | $228.09 | $0.00 | $0.00 | $0.00 |
| | LITTLE COMPANY OF MARY | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Peoples Gas | 7100-000 | $1,498.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $206.00 | $0.00 | $0.00 | $0.00 |
| Rush Medical Center | 7100-000 | $433.93 | $0.00 | $0.00 | $0.00 |
| Rush Medical Center | 7100-000 | $514.76 | $0.00 | $0.00 | $0.00 |
| Southwest Credit Syste | 7100-000 | $387.00 | $0.00 | $0.00 | $0.00 |
| Us Dept Of Ed/glelsi | 7100-000 | $12,663.00 | $0.00 | $0.00 | $0.00 |
| Us Dept Of Ed/glelsi | 7100-000 | $382.00 | $0.00 | $0.00 | $0.00 |
| Women's Wellness Center | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $113,828.58 | $87,667.57 | $87,667.57 | $3,606.31 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-04822-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 3/31/2016 | §341(a) Meeting Date: | 03/18/2015 |
| | | Claims Bar Date: | 08/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Estimated 2014 federal tax refund | $9,705.00 | $4,817.00 | | $4,817.00 | FA |
| 2  Debtor's residence, single family home Location: 2534 W. 83rd Street, Chicago IL 60652 | $98,891.00 | $0.00 | | $0.00 | FA |
| 3  Rental property: 8801 S. Elizabeth Street, Chicago, IL 60620 | $45,625.00 | $0.00 | | $0.00 | FA |
| 4  Cash on Hand | $15.00 | $0.00 | | $0.00 | FA |
| 5  Checking Account with Chase Bank | $95.00 | $0.00 | | $0.00 | FA |
| 6  Checking Account with Patrolmens FCU | $2.00 | $0.00 | | $0.00 | FA |
| 7  Misc used household goods and furnishings, including: Sofa, Loveseat, Entertainment Ctr, Center, Television, VCR, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, Bedroom Sets, Lamps, Telephone, Lawnmower, Snow Blower, Misc. Tools HAVE CLIENT GO OVER ITEMS. | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  Family Pictures, CD's, DVD's, Video Games, and Books | $200.00 | $0.00 | | $0.00 | FA |
| 9  Personal Used Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 10  Wedding Rings, Watch, Engagement Ring, Necklace, and Bracelet and Assorted costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 11  Term Life Ins. w/ Employer - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 12  Term Life Ins. w/ Employer - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 13  2010 Nissan Pathfinder | $20,000.00 | $0.00 | | $0.00 | FA |
| 14  2002 Jeep Cherokee (150k miles) | $2,100.00 | $0.00 | | $0.00 | FA |
| 15  1991 Camaro (147k Miles) | $1,500.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      $180,133.00      $4,817.00      **Gross Value of Remaining Assets**      $4,817.00      $0.00

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-04822-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 3/31/2016 | §341(a) Meeting Date: | 03/18/2015 |
| | | Claims Bar Date: | 08/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/30/2015 | Awaiting December Bank Statement then TDR |
| 07/13/2015 | Filed motion to turnover non-exempt portion of 2014 tax refund. |
| | Hearing date: 7/21 @9:30am. |
| 06/17/2015 | Contacted debtor's attorney regarding turnover of nonexempt portion of 2014 tax refund ($4817). |
| 04/29/2015 | Debtor received approximately $9,000.00.  DA to amend and Debtors will send over any non-exempt portion. |
| 04/24/2015 | Requested copy of debtors 2014 tax return |
| 04/10/2015 | Sent request for copy of 2014 Tax Return |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/19/2016 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 08/19/2015 | DAVID LEIBOWITZ | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 15-04822-JSB | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***9229 | | **Checking Acct #:** | ******2201 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | |
| **For Period Beginning:** | 2/13/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 3/31/2016 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2015 | (1) | Lawrence Agee | Non exempt portion of tax refund | 1124-000 | $4,817.00 | | $4,817.00 |
| 10/28/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,204.25 | $3,612.75 |
| 10/28/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.44 | $3,606.31 |
| 10/28/2015 | 3003 | M.C.O.A. | Amount Claimed: 185.00; Distribution Dividend: 4.11; Claim #: 1; Dividend: 0.15; Amount Allowed: 185.00; Notes: ; | 7100-000 | | $7.62 | $3,598.69 |
| 10/28/2015 | 3004 | Midland Credit Management, Inc. as agent | Amount Claimed: 1,289.23; Distribution Dividend: 4.11; Claim #: 2; Dividend: 1.10; Amount Allowed: 1,289.23; Notes: ; | 7100-000 | | $53.03 | $3,545.66 |
| 10/28/2015 | 3005 | Navient Solutions Inc. on behalf of | Amount Claimed: 70,029.38; Distribution Dividend: 4.11; Claim #: 4; Dividend: 59.80; Amount Allowed: 70,029.38; Notes: ; | 7100-000 | | $2,880.74 | $664.92 |
| 10/28/2015 | 3006 | US DEPT OF EDUCATION | Amount Claimed: 13,591.35; Distribution Dividend: 4.11; Claim #: 5; Dividend: 11.60; Amount Allowed: 13,591.35; Notes: ; | 7100-000 | | $559.10 | $105.82 |
| 10/28/2015 | 3007 | US DEPT OF EDUCATION | Amount Claimed: 1,178.71; Distribution Dividend: 4.11; Claim #: 6; Dividend: 1.00; Amount Allowed: 1,178.71; Notes: ; | 7100-000 | | $48.49 | $57.33 |
| 10/28/2015 | 3008 | US DEPT OF EDUCATION | Amount Claimed: 394.36; Distribution Dividend: 4.11; Claim #: 7; Dividend: 0.33; Amount Allowed: 394.36; Notes: ; | 7100-000 | | $16.22 | $41.11 |
| 10/28/2015 | 3009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.15 | $36.96 |
| | | | Claim Amount $(4.15) | 7100-001 | | | $36.96 |
| 10/28/2015 | 3010 | Capital One Bank (USA), N.A. | Amount Claimed: 898.60; Distribution Dividend: 4.11; Claim #: 3; Dividend: 0.76; Amount Allowed: 898.60; Notes: ; | 7100-900 | | $36.96 | $0.00 |

**SUBTOTALS** $4,817.00 $4,817.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 15-04822-JSB | | Trustee Name: | David Leibowitz |
| Case Name: | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9229 | | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/13/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $4,817.00 | $4,817.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,817.00 | $4,817.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,817.00 | $4,817.00 | |

**For the period of 2/13/2015 to 3/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,817.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,817.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,817.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,817.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/07/2015 to 3/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,817.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,817.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,817.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,817.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-04822-JSB | |
| **Case Name:** | AGEE, LAWRENCE C AND BECTON-AGEE, TIJIJEANIA | |
| **Primary Taxpayer ID #:** | **-***9229 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/13/2015 | |
| **For Period Ending:** | 3/31/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,817.00 | $4,817.00 | $0.00 |

| **For the period of 2/13/2015 to 3/31/2016** | | **For the entire history of the case between 02/13/2015 to 3/31/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,817.00 | Total Compensable Receipts: | $4,817.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,817.00 | Total Comp/Non Comp Receipts: | $4,817.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,817.00 | Total Compensable Disbursements: | $4,817.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,817.00 | Total Comp/Non Comp Disbursements: | $4,817.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |